## Mexican Products Co. v. United States

**No. 5403.**—Invoices dated Guadalajara, Mexico, June 2, 1934, etc.
Entered at Laredo, Tex., June 22, 1934, etc.
Entry No. 345–L, etc.

(Decided August 29, 1941)

*Philip Stein* for the plaintiff.

*Paul P. Rao*, Assistant Attorney General (*Joseph F. Donohue, William Whynman* and *Joseph E. Weil*, special attorneys), for the defendant.

AND

## United States v. Mexican Products Co.

**No. 5404.**—Invoices dated Guadalajara, Mexico, January 19, 1934, etc.
Entered at Laredo, Tex., February 6, 1934, etc.
Entry No. 158–L, etc.

(Decided August 29, 1941)

*Philip Stein* for the importer.

*Paul P. Rao*, Assistant Attorney General (*Joseph E. Weil*, special attorney) for the United States.

KEEFE, Judge: The appeals to reappraisement listed in schedule A, hereto attached and made a part hereof, involve advances by the appraiser upon certain Mexican glassware in the matter of disallowance of discounts from the list prices thereof. The merchandise was entered at the manufacturer's list prices less varying discounts from 10 to 15 per centum. The appraiser allowed a deduction of 5 per centum discount from such list prices.

At the trial, these cases were submitted upon the record without the introduction of any evidence. From the record before me I hold that the proper foreign values of the merchandise are as found by the appraiser. Judgment will be entered accordingly.